UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
                            )
v.                          )        Crim. No. 2005-M-0437-RBC
                            )
                            )
PASCUAL JOSEPH GUERRIER     )


            ASSENTED-TO MOTION TO CONTINUE DETENTION HEARING

    The defendant Pascual Joseph Guerrier moves this Court to continue the detention hearing in the above-captioned case from Tuesday July 19, 2005 to Friday July 22, 2005.  As grounds for this motion, undersigned counsel states that she had a court conflict on July 19.  Counsel appeared before the Honorable Patti B. Saris for a final pretrial conference in the case of United States v. Dwinells, 04-10010-PBS.  Moreover, counsel needed additional time to put together a release proposal for this court's consideration.  Counsel requests that the detention hearing be rescheduled to July 22, 2005 and assents to the exclusion of the intervening time for purposes of 18 U.S.C. §3161.  Counsel has spoken with Assistant United States Attorney Rachel Hershfang regarding this motion and represents that Ms. Hershfang has no objection to this continuance.

    Wherefore, the defendant requests that this motion to continue the detention hearing in this case be allowed.

                                    1

```
                                    Respectfully submitted,

                                    By his attorney,

                                    /s/ Syrie D. Fried
                                    Syrie D. Fried
                                       B.B.O. # 555815
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02210
                                    Tel: 617-223-8061
```