# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     V.

PASCUAL JOSEPH GUERRIER,
    Defendant.

     MAGISTRATE JUDGE'S DOCKET
     NO. 2005-m- 00437-RBC

## *PROCEDURAL ORDER*

COLLINGS, U.S.M.J.

    The Court is willing to consider releasing the defendant to Coolidge House.  Accordingly, Pre-Trial Services is ORDERED to make the necessary arrangements to determine whether the Bureau of Prisons would accede to the placement of the defendant at Coolidge House as a condition of release.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: JULY 22, 2005.