AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

Pascual Joseph Guerrier

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05mj 00437-RBC

I, Pascual Joseph Guerrier, charged in a ☑ complaint ☐ petition pending in this District with Conspiracy to distribute heroin in violation of 21, U.S.C., 846, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

JUL 22 2005
Date

Joseph Pascual
Defendant

[signature]
Counsel for Defendant