# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      V.                           MAGISTRATE JUDGE'S DOCKET
                                            NO. 2005-m- 00437-RBC

PASCUAL JOSEPH GUERRIER,
     Defendant.

## ORDER SETTING DETENTION HEARING ON THE COURT'S OWN MOTION

COLLINGS, U.S.M.J.

Upon further reflection and consultation with Pre-Trial Services, the Court, *sua sponte,* finds that there is a serious risk that the defendant, if released to Coolidge House or on other conditions, will flee.  Therefore, the Court, on its own motion, orders that a detention hearing be held.  The hearing is scheduled for **FRIDAY, JULY 29, 2005 AT 3:00 P.M.** at Courtroom #23, (7th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: JULY 26, 2005.