UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.　　　　　　　　　　　　　　) | MJ Case No.05-00437-RBC |
| ) | |
| PASCUAL JOSEPH GUERRIER ) | |
| ) | |
| Defendant ) | |

**GOVERNMENT'S [ASSENTED-TO] MOTION
TO CONTINUE DETENTION HEARING**

The United States Attorney hereby respectfully moves the Court to continue the detention hearing, which was this afternoon scheduled for Friday, July 29. In support of this motion, the government states as follows:

1. Todd F. Prough, the DEA case agent for the case (and affiant for the complaint affidavit) is at training in Quantico, Virginia, and will not be back in the district on Friday, July 29;

2. The undersigned Assistant U.S. Attorney, to whom (solely) the matter is assigned, plans to be out of the office on Friday, July 29; and

3. The defendant, through counsel, assents to this motion.

Accordingly, the government respectfully requests that the hearing be continued for one business day, to Monday, August 1. The parties respectfully request that the hearing be set for for a time at 2:30 p.m. or thereafter, as counsel for Guerrier remains on trial and counsel for the government has a prior

commitment outside the office at mid-day.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                 By:  /s/ Rachel E. Hershfang
                                          RACHEL E. HERSHFANG
                                          Assistant U.S. Attorney

Dated: July 26, 2005