UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 2005-M-0437-RBC |
| | ) | |
| | ) | |
| PASCUAL JOSEPH GUERRIER | ) | |

MOTION TO CONTINUE DETENTION HEARING

The defendant Pascual Joseph Guerrier moves this Court to continue the detention hearing in the above-captioned case from Monday August 1, 2005 to another day during the first week of August. As grounds for this motion, undersigned counsel states that she has a court conflict. Counsel is in trial before the Honorable Patti Saris in the case of United States v. Dwinells, crim. no. 04-10010. The trial is nearing its end, and Judge Saris has indicated to counsel that she wishes the trial continue into the afternoon on Monday August 1. Therefore counsel will not be available at 3:15 on Monday August 1 to appear before this Court on this matter for a detention hearing. Counsel has left a telephone message for United States Attorney Rachel Hershfang regarding her scheduling conflict. Ms. Hershfang was not available to take counsel's call, and counsel is not able to make any representations about her position on this motion to continue the detention hearing.

1

Wherefore, the defendant requests that this motion to continue the detention hearing in this case be allowed.

      Respectfully submitted,

      By his attorney,

      /s/ Syrie D. Fried
      Syrie D. Fried
         B.B.O. # 555815
      Federal Defender Office
      408 Atlantic Avenue, 3rd Floor
      Boston, MA  02210
      Tel: 617-223-8061