🖉AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF                    MASSACHUSETTS

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| PASCUAL J. GUERRIER | Case Number:  05MJ0437-RBC |

| PRESIDING JUDGE COLLINGS | GOVERNMENT'S ATTORNEY HERSHFANG | DEFENDANT'S ATTORNEY FRIED |
| --- | --- | --- |
| TRIAL DATE (S) DETENTION HRG - 8/3/2005 | COURT REPORTER DIGITAL | COURTROOM DEPUTY NOREEN A. RUSSO |

| Gov't NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| 1 | | 8/3/2005 | x | | COURT WILL TAKE JUDICIAL NOTICE OF CRIMINAL COMPLAINT |
| | | | | | AND AFFIDAVIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | WITNESS ONE: SPECIAL AGENT TODD PROUGH |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.